UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>**WILLIAM SETH POWELL,**<br><br>   Defendant. | 2:09-cr-00401-RLH-LRL<br><br>ORDER FOR DISMISSAL |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and upon leave of Court, the United States Attorney for the District of Nevada hereby dismisses without prejudice the charges brought against defendant **WILLIAM SETH POWELL,** which are contained in the above-captioned original Indictment, and the above-captioned Superseding Indictment.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/s/ Kimberly M. Frayn
KIMBERLY M. FRAYN
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

DATED this __30th__ day of December, 2010.

_____
CHIEF UNITED STATES DISTRICT JUDGE

3